IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG |
|---|---|

**SHORT FORM COMPLAINT AND JURY DEMAND**

The Plaintiffs, named herein through Exhibit A, file this Short Form Complaint and Jury Demand against Defendants named below by and through their undersigned counsel and as permitted by Case Management Order ("CMO") No. 35. This Short Form Complaint is being utilized, permitted and filed in the interests of judicial economy and takes an abbreviated form. Whether and when there will be non-short form complaints and answer(s) will be the subject of further discussions among counsel and the Court. Plaintiffs' Leadership and Defendants' Leadership have stipulated and agreed that at this time and until further Order of the Court, they will not assert that any Short Form Complaint (1) fails to state a cognizable cause of action, (2) fails to state a claim upon which relief may be granted, (3) fails to plead allegations with sufficient particularity, or (4) any other defenses related to insufficiency of pleadings. Plaintiffs' Leadership and Defendants' Leadership have further stipulated and agreed that until further Order of the Court, they will not file motions pursuant to Rule 12(b)(6) against any filed Short Form Complaints asserting a failure to plead allegations with specificity, or failing to meet the requirements of Fed. R. Civ. P. 8. Motion practice on the individual personal injury Complaints subject to this Order shall be stayed and may proceed only upon leave of Court and with the protections afforded under CMO 35. Use of this Short Form Complaint will not be permitted after the expiration of the Filing Facilitation Window as set forth by this Court in CMO 35.

## Plaintiffs

1. Plaintiffs, listed in attached Exhibit A, allege exposure to Perfluoroalkyl and Polyfluoroalkyl Substances ("PFAS") due to Aqueous Film-Forming Foam ("AFFF"). As a result of exposure to AFFF, Plaintiffs (and/or Decedents) endured pain and suffering, emotional distress, mental anguish, economic injuries, and personal injuries as described below.

2. Plaintiffs allege the plaintiff-specific information, listed in Exhibit A.

## Defendants

3. Plaintiffs bring suit against the following defendants (list all defendants being named):

| Defendant 1 | 3M COMPANY (f/k/a Minnesota Mining and Manufacturing Company) |
|---|---|
| Defendant 2 | AGC CHEMICALS AMERICAS INC. |
| Defendant 3 | AMEREX CORPORATION |
| Defendant 4 | ARCHROMA U.S. INC. |
| Defendant 5 | ARKEMA INC. |
| Defendant 6 | BUCKEYE FIRE EQUIPMENT COMPANY |
| Defendant 7 | CARRIER GLOBAL CORPORATION |
| Defendant 8 | CHEMDESIGN PRODUCTS, INC |
| Defendant 9 | CHEMGUARD INC. |
| Defendant 10 | CHEMICALS, INC. |
| Defendant 11 | CHEMOURS COMPANY FC, LLC |
| Defendant 12 | CHUBB FIRE, LTD |
| Defendant 13 | CLARIANT CORP |
| Defendant 14 | CORTEVA, INC |
| Defendant 15 | DEEPWATER CHEMICALS, INC |

| | |
|---|---|
| Defendant 16 | DU PONT DE NEMOURS INC (f/k/a DOWDUPONT INC.) |
| Defendant 17 | DYNAX CORPORATION |
| Defendant 18 | E.I. DU PONT DE NEMOURS AND COMPANY |
| Defendant 19 | KIDDE PLC |
| Defendant 20 | NATION FORD CHEMICAL COMPANY |
| Defendant 21 | NATIONAL FOAM INC |
| Defendant 22 | THE CHEMOURS COMPANY |
| Defendant 23 | TYCO FIRE PRODUCTS LP |
| Defendant 24 | UNITED TECHNOLOGIES CORPORATION |
| Defendant 25 | UTC FIRE & SECURITY AMERICAS CORPORATION, INC. (f/k/a GE Interlogix, Inc.) |

**Jurisdiction and Venue**

4. Plaintiff alleges jurisdiction based on:

   Diversity

   Federal Question

   The "Mass Action" provisions of the Class Action Fairness Act

   ("CAFA"), which include the requirements under 28 U.S.C. § 1332(d)(11)

   Other:_____.

5. Plaintiffs designate the District Courts indicated on Exhibit A as the "Home Venue" defined as the proper venues of origin where the claim(s) could have overwise been brought pursuant to 28 U.S.C. § 1391.

### Plaintiff's Allegations of Exposure

6. Plaintiffs allege exposure to PFAS, as described in Exhibit A, as a result of:

    - Direct exposure to AFFF (i.e. use or handling of AFFF); and/or

    - Exposure to drinking water contaminated with PFAS as a result of AFFF; and/or

    - Exposure to turnout gear ("TOG") containing PFAS.

### Plaintiff's Alleged Injuries

7. Plaintiffs allege one more of the following personal injuries as described in Exhibit A:

    Kidney Cancer
    Testicular Cancer
    Thyroid Disease
    Ulcerative Colitis
    Liver Cancer
    Thyroid Cancer

8. Plaintiffs have not described or alleged secondary injuries, damages, or sequela of the injuries alleged above. Plaintiffs reserve the right to seek damages for all such secondary injuries, damages, or sequela attributable to the injuries alleged above.

9. The specific causes of action Plaintiff(s) can adopt(s) and incorporate(s) by reference as if set forth fully herein, are the following Causes of Action, of which each Plaintiff, listed in Exhibit A, adopts and alleges such Causes as indicated on Exhibit A:

    Count I – Defective Design
    Count II – Failure to Warn
    Count III – Negligence
    Count IV – Negligence Per Se
    Count V – Trespass and Battery
    Count VI – Strict Product Liability
    Count VII – Market Share Liability, Alternative Liability, Concert of Action, and Enterprise Liability
    Count VIII – Concealment, Misrepresentation, and Fraud
    Count IX – Conspiracy
    Count X – Wrongful Death
    Count XI – Loss of Consortium

    <u>Other Causes of Action:</u>
    Count XII – _____
    Count XIII – _____
    Count XIV – _____
    Count XV – _____
    Count XVI – _____
    Count XVII – _____
    Count XVIII – _____
    Count XIX – _____
    Count XX – _____
    Others
    _____
    _____
    _____

**<u>Jury Demand</u>**

10. Plaintiffs demand a trial by jury as to all claims in this action.

Date: 09/02/2025

Respectfully Submitted,

The ClaimBridge PLLC

/s/: *(signature)*

Michael A. Hochman Esq. 5411

McPherson Rd Ste. 110 Laredo, Texas

78041 Telephone: (956) 704-5187

Facsimile: (956) 368-1343

Attorney for Plaintiffs

**Exhibit A to Short Form Complaint in In re: Aqueous Film-Forming Foams Products Liability Litigation , MDL 287**

| | Plaintiff Name (if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name") | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Zepeda Hector, Toni Renee | 08/01/1962 | CA | Eastern District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 2. | Young, Kerry M. | 02/20/1978 | WI | Western District of Wisconsin | Yes | Yes | No | Kidney Cancer, Thyroid Cancer | Counts I-XI |
| 3. | Young, Angela | | WI | Western District of Wisconsin | | | | | Count XI |
| 4. | Young, Jeffery Martin | 08/23/1960 | NC | Western District of North Carolina | No | Yes | No | Kidney Cancer | Counts I-XI |
| 5. | Young, Joy Ottem | | NC | Western District of North Carolina | | | | | Count XI |
| 6. | Yech, James Joseph OBO Yech, Loretta Kay | 04/08/1967 | MI | Western District of Michigan | No | Yes | No | Kidney Cancer | Counts I-XI |
| 7. | Woods, Terry Lee | 08/17/1961 | TN | Eastern District of Tennessee | No | Yes | No | High Cholesterol | Counts I-XI |
| 8. | Woods, Deborah R. | | TN | Eastern District of Tennessee | | | | | Count XI |
| 9. | Woods, Natasha Shunta | 02/21/1979 | MS | Northern District of Mississippi | | Yes | No | Ulcerative Colitis | Counts I-XI |
| 10. | Weber, James William | 01/04/1961 | TX | Northern District of Texas | Yes | Yes | No | Thyroid Disease | Counts I-XI |
| 11. | Washington, Martha | 05/28/1960 | GA | Northern District of Georgia | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 12. | Ward, Kaytrana Wynette | 08/08/1972 | TX | Northern District of Texas | No | Yes | No | Kidney Cancer | Counts I-XI |
| 13. | Ward Sr., James William | | TX | Northern District of Texas | | | | | Count XI |
| 14. | Walker, Kay Ann | 07/27/1965 | TX | Northern District of Texas | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 15. | Walczak, Matthew Thomas | 09/07/1950 | MI | Eastern District of Michigan | No | Yes | No | Kidney Cancer | Counts I-XI |
| 16. | Walczak, Rhonda Denise | | MI | Eastern District of Michigan | | | | | Count XI |
| 17. | Walcutt, Rachel Nicole | 12/10/1986 | MI | Eastern District of Michigan | No | Yes | No | Ulcerative Colitis, Pregnancy Induced Hypertension | Counts I-XI |
| 18. | Vertz, Virginia Katherine | 03/14/1949 | WI | Western District of Wisconsin | No | Yes | No | Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 19. | Valenzuela Jr., Antonio | 01/10/1951 | TX | Western District of Texas | No | Yes | No | Kidney Cancer, Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 20. | Ussery Jr., Carl | 04/15/1941 | MI | Western District of Michigan | No | Yes | No | Kidney Cancer, Thyroid Cancer | Counts I-XI |
| 21. | Ussery, Gloria L. Ussery | | MI | Western District of Michigan | | | | | Count XI |
| 22. | Thomas, Daryl Lynn | 07/05/1965 | IL | Northern District of Illinois | No | Yes | No | Thyroid Disease, High Cholesterol | Counts I-XI |
| 23. | Taggart, Curtis P. | 07/20/1969 | TX | Western District of Texas | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 24. | Wendy Taggart | | TX | Western District of Texas | | | | | Count XI |
| 25. | Sylvester, Charles A Jr. OBO Sylvester ,Mary K. | 04/03/1944 | UT | District of Utah | No | Yes | No | Thyroid Cancer | Counts I-XI |
| 26. | Sylvester, Charles A Jr. | 08/31/1939 | UT | District of Utah | No | Yes | No | Thyroid Cancer | Counts I-XI |
| 27. | Sullivan, Patrick J. | 10/20/1953 | MT | District of Montana | No | Yes | No | Liver Cancer | Counts I-XI |
| 28. | Stovall, Dianne | 10/14/1951 | DE | District of Delaware | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 29. | Stevens, Amelia S. | 06/01/1993 | GA | Southern District of Georgia | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 30. | Stevens Jr., Larry Edward | 02/28/1969 | MS | Northern District of Mississippi | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 31. | Smith, Stewart Eldon | 04/08/1968 | KS | District of Kansas | No | Yes | No | Kidney Cancer, Colon Cancer | Counts I-XI |
| 32. | Smith, Robert Ray | 10/06/1972 | GA | Middle District of Georgia | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 33. | Smith, Marie | | GA | Middle District of Georgia | | | | | Count XI |
| 34. | Smith, Kmani Blessing | 10/15/2001 | NJ | District of New Jersey | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 35. | Skrukrud, Bret T. | 08/31/1971 | MO | Eastern District of Missouri | No | Yes | No | Testicular Cancer | Counts I-XI |
| 36. | Sims, Helen J. | 11/14/1958 | MS | Northern District of Mississippi | No | Yes | No | Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 37. | Sims, Jimmy | | MS | Northern District of Mississippi | | | | | Count XI |
| 38. | Simpson,Jessie Louise | 11/09/1955 | TX | Southern District of Texas | No | Yes | No | Thyroid Disease, High Cholesterol, Ulcerative Colitis | Counts I-XI |
| 39. | Simpson, Donna L. | 04/30/1954 | MO | Western District of Missouri | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 40. | Simpson, Robert Lee | | MO | Western District of Missouri | | | | | Count XI |
| 41. | Simmons, Carl Walker | 09/30/1953 | SC | District of South Carolina | No | Yes | No | Kidney Cancer | Counts I-XI |
| 42. | Simmons, Kimberly | | SC | District of South Carolina | | | | | Count XI |
| 43. | Shorter, Frederick | 11/15/1971 | GA | Middle District of Georgia | No | Yes | No | Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 44. | Sargent, Maureen L. OBO Warren, Thomas V. | 02/16/1945 | OR | District of Oregon | Yes | Yes | No | Kidney Cancer, Prostate Cancer, Bladder Cancer | Counts I-XI |
| 45. | Sander, Laura | 07/27/1967 | LA | Eastern District of Louisiana | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 46. | Sanchez III, Manuel De Jesus | 01/13/1984 | CA | Central District of California | No | Yes | No | Testicular Cancer | Counts I-XI |
| 47. | Russell, Sonda Dean | 07/11/1965 | AL | Middle District of Alabama | No | Yes | No | Kidney Cancer, Thyroid Disease, Pregnancy Induced Hypertension, High Cholesterol | Counts I-XI |
| 48. | Russell, Johnny | | AL | Middle District of Alabama | | | | | Count XI |
| 49. | Rucker, Willie C. | 03/24/1961 | MS | Northern District of Mississippi | No | Yes | No | Liver Cancer | Counts I-XI |
| 50. | Romeo, James Rudy | 04/15/1957 | NJ | District of New Jersey | No | Yes | No | Ulcerative Colitis, Prostate Cancer | Counts I-XI |
| 51. | Regan, Edward Thomas | 11/16/1956 | NJ | District of New Jersey | | | | | Count XI |
| 52. | Pierce, Richard Lamar | 11/22/1964 | TN | Western District of Tennessee | No | Yes | No | Kidney Cancer, High Cholesterol, Prostate Cancer | Counts I-XI |
| 53. | Phillips, Sandra OBO Gill, Michael F. | 02/27/1950 | WA | Western District of Washington | No | Yes | No | Kidney Cancer | Counts I-XI |
| 54. | Patel, Cheryl Anne | 11/27/1955 | NC | Western District of North Carolina | No | Yes | No | Thyroid Disease, High Cholesterol | Counts I-XI |
| 55. | Patel, Lane Steven | | NC | Western District of North Carolina | | | | | Count XI |

| # | Name | DOB | State | District | | | | Conditions | Counts |
|---|------|-----|-------|----------|---|---|---|------------|--------|
| 56. | Osborn, Lisa Kay | 10/21/1966 | MS | Southern District of Mississippi | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 57. | Novosel, Patricia Jean | 12 02/1960 | PA | Western District of Pennsylvania | No | Yes | No | Kidney Cancer, Thyroid Disease, High Cholesterol | Counts I-XI |
| 58. | Morin, David William | 11/15/1956 | NY | Northern District of New York | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 59. | Miller, Henry Marlowe | 09/15/1969 | IN | Northern District of Indiana | No | Yes | No | Thyroid Disease, High Cholesterol | Counts I-XI |
| 60. | Miller, Tracy | | IN | Northern District of Indiana | | | | | Count XI |
| 61. | Miller, Gary M. | 09/12/1955 | TX | Eastern District of Texas | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 62. | Mary Louise Miller | | TX | Eastern District of Texas | | | | | Count XI |
| 63. | Meyer, Kenneth Charles | 03/24/1956 | AZ | District of Arizona | Yes | Yes | No | Thyroid Disease, High Cholesterol | Counts I-XI |
| 64. | Medell, Terry Lynn OBO Medell, Travis Lee | 04/10/1980 | UT | District of Utah | No | Yes | No | Testicular Cancer, Kidney Cancer | Counts I-XI |
| 65. | McLaw, Delroy Willis | 02/15/1943 | AZ | District of Arizona | No | Yes | No | Kidney Cancer, Thyroid Disease | Counts I-XI |
| 66. | McLaw, Pamila Ann | | AZ | District of Arizona | | | | | Count XI |
| 67. | McCray, Marcus Derrick | 03/21/1972 | GA | Middle District of Georgia | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 68. | Mccormick, Darnetta Vernicia | 08/22/1968 | FL | Middle District of Florida | No | Yes | No | Ulcerative Colitis, Pregnancy Induced Hypertension, High Cholesterol | Counts I-XI |
| 69. | Mcauliffe, John Phillip | 07/21/1963 | KY | Western District of Kentucky | No | Yes | No | Liver Cancer | Counts I-XI |
| 70. | Mason, Jessie Joseph | 08/14/1964 | LA | Western District of Louisiana | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 71. | Mason, Karen | | LA | Western District of Louisiana | | | | | Count XI |
| 72. | Mallie, Mark L. | 07/17/1966 | NY | Western District of New York | No | Yes | No | | Counts I-XI |
| 73. | Lopez Morales, Jorge Alberto | 07/02/1974 | CA | Southern District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 74. | Lopes, Matthew John | 09/01/1984 | MA | District of Massachusetts | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 75. | Lilly, Donald J. Jr. | 09/24/1963 | TN | Middle District of Tennessee | No | Yes | No | Kidney Cancer | Counts I-XI |
| 76. | Leininger, Becky Sue | 08/26/1954 | NE | District of Nebraska | No | Yes | No | Kidney Cancer, Thyroid Disease, High Cholesterol | Counts I-XI |
| 77. | Landrum, Scott Howard | 12/12/1969 | CA | Eastern District of California | No | Yes | No | Liver Cancer | Counts I-XI |
| 78. | Landrum, Christina | | CA | Eastern District of California | | | | | Count XI |
| 79. | Kuennen, Mark Alan | 09/16/1957 | IA | Northern District of Iowa | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 80. | Kovack, Robert D. | 08/13/1935 | IL | Central District of Illinois | No | Yes | No | Kidney Cancer, Thyroid Disease | Counts I-XI |
| 81. | Kovack, Ruby Anne | | IL | Central District of Illinois | | | | | Count XI |
| 82. | Johnson, LaDonna Kaye | 10/07/1965 | TX | Western District of Texas | No | Yes | No | Kidney Cancer | Counts I-XI |
| 83. | Johnson, Ronnie | | TX | Western District of Texas | | | | | Count XI |
| 84. | Jackson, Dorothy Marrie | 04/28/1958 | TN | Western District of Tennessee | No | Yes | No | Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 85. | Jackson, Eugene | | TN | Western District of Tennessee | | | | | Count XI |
| 86. | Jackson Jr., Charles Ivory | 01/15/1961 | WI | Eastern District of Wisconsin | No | Yes | No | Kidney Cancer, High Cholesterol, Prostate Cancer | Counts I-XI |
| 87. | Horner, Gayla Diane | 06/18/1956 | TX | Northern District of Texas | No | Yes | No | Thyroid Disease | Counts I-XI |
| 88. | Hoodye-Harris, Tamara Marie | 02/20/1974 | TX | Southern District of Texas | No | Yes | No | Kidney Cancer | Counts I-XI |
| 89. | Harris, Clarence | | TX | Southern District of Texas | | | | | Count XI |
| 90. | Hill, David D. Jr. | 06/06/1970 | MT | District of Montana | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 91. | Hilderbrand, Michelle Leverne | 05/31/1971 | AZ | District of Arizona | No | Yes | No | Ulcerative Colitis, Pregnancy Induced Hypertension, High Cholesterol | Counts I-XI |
| 92. | Hilderbrand, Bill | | AZ | District of Arizona | | | | | Count XI |
| 93. | Herring Jr., James Steven | 04/13/1960 | CA | Central District of California | No | Yes | No | Liver Cancer, High Cholesterol | Counts I-XI |
| 94. | Hembree, Linda Mae | 01/28/1951 | MO | Western District of Missouri | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 95. | Hembree, Cecil E. | | MO | Western District of Missouri | | | | | Count XI |
| 96. | Hansen, Norman Dale Jr. | 01/28/1959 | TX | Southern District of Texas | Yes | No | No | Kidney Cancer | Counts I-XI |
| 97. | Guthro, John Gilbert | 06/09/1965 | FL | Middle District of Florida | Yes | Yes | No | Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 98. | Griffin, Mark | 09/22/1961 | SC | District of South Carolina | Yes | Yes | No | Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 99. | Granados, Jaime | 05/09/1975 | OK | Western District of Oklahoma | No | Yes | No | Kidney Cancer, Thyroid Disease | Counts I-XI |
| 100. | Gordon-Mcdowell, Calary Mae | 07/11/1962 | WI | Eastern District of Wisconsin | No | Yes | No | Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 101. | Mcdowell, Michael | | WI | Eastern District of Wisconsin | | | | | Count XI |
| 102. | Gipson, Justin Otto | 03/05/1968 | WA | Eastern District of Washington | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 103. | Gibson, Tina Brewer | 08/01/1961 | TN | Middle DIstrict of Tennessee | No | Yes | No | Thyroid Disease, High Cholesterol | Counts I-XI |
| 104. | Garcia, Fernando Jr. | 12/25/1953 | NY | Eastern District of New York | No | Yes | No | Kidney Cancer, Prostate Cancer, High Cholesterol | Counts I-XI |
| 105. | Garcia Jr., David | 11/21/1973 | TX | Western District of Texas | No | Yes | No | Kidney Cancer | Counts I-XI |
| 106. | Garcia, Melanie | | TX | Western District of Texas | | | | | Count XI |
| 107. | Franklin Tausch, Donald Earl | 10/17/1969 | OH | Northern District of Ohio | Yes | Yes | No | Ulcerative Colitis | Counts I-XI |
| 108. | Fletcher, Jeffrey K. | 09/07/1960 | SC | District of South Carolina | No | Yes | No | Kidney Cancer | Counts I-XI |
| 109. | Sandra Parks Fletcher | | SC | District of South Carolina | | | | | Count XI |
| 110. | Fields, Alonzo Maurice | 07/23/1974 | OH | Southern District of Ohio | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 111. | Bunch, Larryena | | OH | Southern District of Ohio | | | | | Count XI |
| 112. | Epps, Brenda Allen | 12/06/1952 | VA | Eastern District of Virginia | No | Yes | No | Kidney Cancer, Thyroid Disease, High Cholesterol | Counts I-XI |
| 113. | Epps, Charles | | VA | Eastern District of Virginia | | | | | Count XI |
| 114. | Episcopo, Frank J. | 10/07/1951 | DE | District of Delaware | No | Yes | No | Kidney Cancer, High Cholesterol, Prostate Cancer | Counts I-XI |
| 115. | Episcopo, Cynthia | | DE | District of Delaware | | | | | Count XI |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 116. | Ellis, Dora S. | 06/24/1956 | MI | Eastern District of Michigan | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 117. | Dyer, Martin Pau | 05/15/1959 | OH | Northern District of Ohio | No | Yes | No | Kidney Cancer | Counts I-XI |
| 118. | Doss, Gary Lee | 09/25/1958 | KS | District of Kansas | No | Yes | No | Kidney Cancer, Thyroid Disease, High Cholesterol | Counts I-XI |
| 119. | Doss, Eva | | KS | District of Kansas | | | | | Count XI |
| 120. | Davis, Demario Devon | 07/15/1971 | OH | Northern District of Ohio | No | Yes | No | Kidney Cancer | Counts I-XI |
| 121. | Davis, Cheryl Ann OBO Matthews, Edwin Lynch | 11/01/1954 | OH | Northern District of Ohio | No | Yes | No | Kidney Cancer | Counts I-XI |
| 122. | Damis, Shela M. | 01/29/1963 | VA | Eastern District of Virginia | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 123. | Curtiss, Gregory L. | 08/08/1962 | ID | District of Idaho | No | Yes | No | Kidney Cancer | Counts I-XI |
| 124. | Cooley, Darrell Vaughn | 09/08/1955 | CA | Central District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 125. | Cooley, Lynda | | CA | Central District of California | | | | | Count XI |
| 126. | Cook, John Thomas | 04/22/1950 | MS | Northern District of Mississippi | No | Yes | No | Kidney Cancer | Counts I-XI |
| 127. | Conway, William Lee | 05/28/1962 | MS | Northern District of Mississippi | No | Yes | No | Thyroid Disease, High Cholesterol | Counts I-XI |
| 128. | Collins, Mamie C. | 03/09/1972 | TX | Eastern District of Texas | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 129. | Cohen, Carlos Alejandro | 01/07/1982 | MA | District of Massachusetts | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 130. | Clark, Renee | 09/20/1966 | SC | District of South Carolina | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 131. | Chidester, Melinda Kaye | 12/12/1953 | OK | Western District of Oklahoma | No | Yes | No | Kidney Cancer | Counts I-XI |
| 132. | Chappell, Howard S. | 07/22/1946 | AL | Northern District of Alabama | No | Yes | No | Kidney Cancer | Counts I-XI |
| 133. | Castillo-Garcia, Douglas Augusto | 05/05/1967 | TX | Eastern District of Texas | No | Yes | No | Kidney Cancer | Counts I-XI |
| 134. | Carter, Norman Eyles | 01/24/1960 | FL | Middle District of Florida | No | Yes | No | Kidney Cancer | Counts I-XI |
| 135. | Carter, JoAnn | 08/29/1964 | IN | Northern District of Indiana | No | Yes | No | Thyroid Disease, Ulcerative Colitis | Counts I-XI |
| 136. | Burton, David Michael | 07/16/1959 | TX | Western District of Texas | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 137. | Burke, James F. Jr. | 10/19/1961 | MO | Western District of Missouri | No | Yes | No | Kidney Cancer, Thyroid Disease, High Cholesterol | Counts I-XI |
| 138. | Bryant, Wayne A. | 07/27/1954 | AL | Northern District of Alabama | No | Yes | No | Kidney Cancer, High Cholesterol, Bladder Cancer | Counts I-XI |
| 139. | Bryant Jr., Max Vincent | 12/19/1947 | TN | Eastern District of Tennessee | No | Yes | No | Kidney Cancer | Counts I-XI |
| 140. | Brodsky, Wayne Robert | 05/11/1955 | MA | District of Massachusetts | No | Yes | No | Kidney Cancer | Counts I-XI |
| 141. | Brace, Thomas | 01/14/1965 | NY | Southern District of New York | No | Yes | No | Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 142. | Body, Drusilla Dean | 07/16/1969 | OK | Northern District of Oklahoma | No | Yes | No | Thyroid Disease, Pregnancy Induced Hypertension | Counts I-XI |
| 143. | Boatsman, Larry Lesly | 07/05/1966 | WA | Eastern District of Washington | No | Yes | No | Liver Cancer | Counts I-XI |
| 144. | Blue, Melissa Faye | 12/10/1967 | NC | Middle District of North Carolina | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 145. | Biles, William | 08/07/1970 | WV | Northern District of West Virginia | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 146. | Bennett, Isaac I. | 03/30/1962 | TX | Southern District of Texas | Yes | Yes | No | Testicular Cancer | Counts I-XI |
| 147. | Benitez, Shirley Ann | 07/15/1943 | MN | District of Minnesota | No | Yes | No | Kidney Cancer | Counts I-XI |
| 148. | Bell, Todd | 08/12/1969 | PA | Western District of Pennsylvania | No | Yes | No | Kidney Cancer | Counts I-XI |
| 149. | Andrade, Jeanette Victoria | | PA | Western District of Pennsylvania | | | | | Count XI |
| 150. | Beauford, Luke William | 05/22/1943 | NJ | District of New Jersey | No | Yes | No | Kidney Cancer, Testicular Cancer, High Cholesterol | Counts I-XI |